## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **GUILLERMO DE LA GARZA AND** | § | |
| **VERONICA DE LA GARZA** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:16-CV-00187** |
| | § | |
| **GEOVERA SPECIALTY INSURANCE** | § | |
| **COMPANY** | § | |
| *Defendant.* | § | |

### AGREED MOTION TO DISMISS

NOW COME Plaintiffs, GUILLERMO DE LA GARZA, VERONICA DE LA GARZA and Defendant, GEOVERA SPECIALTY INSURANCE COMPANY, in the above-entitled and numbered cause, and file this Agreed Motion to Dismiss respectfully asking this Court to dismiss Plaintiffs' complaint with prejudice as per the Plaintiffs' request. *(See Affidavits of Guillermo de La Garza and Veronica De La Garza attached hereto as Exhibit "A" and "B").*

**WHEREFORE, PREMISES CONSIDERED**, Movants pray that the Court enter an Order Dismissing the case with prejudice, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

**WILLIAM J. MCCARTHY, P.L.L.C.**
3501 W. Alberta Rd.
Edinburg, Texas 78539
(956) 618-9884 Telephone
(956) 618-9974 Telecopier
william@wjmpllc.com
laura@wjmpllc.com


By: *//s// William J. McCarthy*
   William J. McCarthy
   Texas Bar No. 13372500
   Fed ID#: 2444
   **ATTORNEY FOR PLAINTIFFS**

AND

**THOMPSON, COE, COUSINS & IRONS, LLP**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8200 Telephone
(214) 871-8209 Fax


By: _//s// Adrianne H. Nelson  w/permission_
    Rhonda J.  Thompson,
    State Bar No. 24029862
    Southern District No. 17055
    Adrianne H. Nelson
    State Bar No. 24069867
    Southern District No.: 2276091