# EXHIBIT "B"

STATE OF TEXAS
COUNTY OF CAMERON

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared VERONICA DE LA GARZA, who swore on oath that the following facts are true:

I no longer wish to pursue my storm damage claim. I am requesting that the Court dismiss Cause No. 1:16-CV-00187. I understand that I will no longer be able to pursue my claim for my storm damage.

_Veronica De La G._
Veronica De La Garza

SIGNED under oath before me on February 27, 2017.

_Ana Laura Lara_
Notary Public, State of Texas

ANA LAURA LARA
Notary Public, State of Texas
Comm. Expires 01-15-2018
Notary ID 129677401