United States District Court
Southern District of Texas
**ENTERED**
March 01, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUILLERMO DE LA GARZA AND VERONICA DE LA GARZA<br>*Plaintiffs,*<br><br>v.<br><br>GEOVERA SPECIALTY INSURANCE COMPANY<br>*Defendant.* | CIVIL ACTION NO. 1:16-CV-00187 |

## ORDER GRANTING AGREED MOTION TO DISMISS

On this _1st_ day of _March_, 20_17_, the Court considered the Agreed Motion to Dismiss of Plaintiffs, Guillermo De La Garza Veronica De La Garza and Defendant, Geovera Specialty Insurance Company. After consideration, the court is in the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the case is hereby dismissed.

SIGNED on this the _1st_ day of _March_, 2017.

_____
JUDGE PRESIDING

cc: Hon. William J. McCarthy, 3501 W. Alberta Rd., Edinburg, Texas 78539; william@wjmpllc.com; laura@wjmpllc.com

Adrianne Nelson, Thompson Coe Cousins Irons LLP, 700 N Pearl, 25th Floor, Dallas, Texas 75201; anelson@thompsoncoe.com